UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 10-15131
　　　　　　　　　　　　　　　　　　　　　　Honorable Victoria A. Roberts
RIVER OAKS APARTMENT, et al.

       Defendants.
_____/

### ORDER

On January 13, 2011, Plaintiff requested *in forma pauperis* status for his appeal to the Sixth Circuit Court of Appeals.  This Court denied the request; Plaintiff's Complaint lacked even arguable merit and, therefore, his appeal was not taken in good faith. *See Willis v. Campbell,* 102 Fed. Appx. 481, 481 (6th Cir. 2004) (indicating that an appeal that is frivolous is not taken in good faith).

Plaintiff then requested that the Court of Appeals grant him *in forma pauperis* status. *See* Fed. R. App. P. 24(a)(5).  The Court of Appeals denied the motion, concluding that the appeal would be frivolous.

Plaintiff now asks this Court to reconsider the ruling of the Court of Appeals, and allow him to proceed *in forma pauperis* on appeal.  This Court has no authority to do so.

Plaintiff's motion is **DENIED.**

**IT IS ORDERED.**

                                      S/Victoria A. Roberts
                                      Victoria A. Roberts
Dated: 8/10/2011　　　　　　　　　　United States District Judge

1

The undersigned certifies that a copy of this document was served on the attorneys of record and Robert Lee by electronic means or U.S. Mail on August 10, 2011.

s/Carol A. Pinegar
Deputy Clerk